IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY W BROOM,

     Petitioner,

v.                                                                              CASE NO. 1:08-cv-00080-MP-AK

STATE OF FLORIDA,

     Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate

Judge, recommending that this matter be transferred to the United States District Court for the

Middle District of Florida.  The Petitioner does not object.  The Court agrees that Middle

District, the district of conviction, is the more appropriate forum.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.     The Clerk is directed to transfer this case to the United States District Court for
the Middle District of Florida.

**DONE AND ORDERED** this   18th   day of June, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge